```
DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE                                          CHECK DATE    CHECK NO.
DOWNINGTOWN, PA 19335-
                                                           4/12/2019    V1165754
```




PAY  *********************VOID CHECK***************         AMOUNT

```
TO THE    CHARLENE A BIGELOW
ORDER
OF        1606 RUSSELL DR
          DOWNINGTOWN, PA
          19335
```

CREATED BY EMPLOYEE ACCESS CENTER

| Location | Employee No. | Period Ending | Check No | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 4/12/2019 | V1165754 | 4/12/2019 |

### Statement of Earnings and Deductions

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,155.00 | 25,240.00 | FICA | 187.13 | 1,593.63 | 187.13 | 1,593.63 |
| SENIOR CLASS | | .00 | 1,158.67 | MEDICARE | 43.76 | 372.68 | 43.76 | 372.68 |
| SECONDARY BLD | | .00 | 262.50 | FED TAX | 264.39 | 2,349.89 | .00 | 0.00 |
| | | | | STATE TAX | 92.66 | 789.11 | .00 | 0.00 |
| | | | | LOCAL TAX | 37.73 | 321.31 | .00 | 0.00 |
| | | | | UNEMP COMP | 1.89 | 15.98 | 1.89 | 15.98 |
| | | | | LST DTOWN | 2.00 | 16.00 | .00 | 0.00 |
| | | | | RETIREMENT | 236.63 | 1,999.62 | 1,054.72 | 8,912.85 |
| | | | | DAEA DUES | 62.00 | 510.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 2.10 |
| | | | | MEDICAL | 92.45 | 647.15 | 748.03 | 5,236.21 |
| | | | | PRESCRIP | 25.85 | 180.95 | 209.20 | 1,464.40 |
| | | | | DENTAL | 5.18 | 36.26 | 41.89 | 293.23 |
| | | | | VISION | 0.84 | 5.88 | 6.80 | 47.60 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 16.80 |
| | | | | LTD | .00 | .00 | 2.94 | 20.58 |
| | | | | STD | .00 | .00 | 0.43 | 3.01 |
| | | | | VOL LIFE | 33.48 | 234.36 | .00 | 0.00 |
| | | | | MED SPEND | 12.50 | 87.50 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,056.51 | 17,500.85 | .00 | 0.00 |
| **Totals** | 75.00 | 3,155.00 | 26,661.17 | **Totals** | 3,155.00 | 26,661.17 | 2,299.49 | 17,979.07 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| ILLNESS | 10.00 | 4.00 | 73.50 | STONEBRIDGE BANK | 2,056.51 | | 2,056.51 |
| PERSONAL | 2.00 | 2.50 | -0.50 | | | Employee | |
| BANK PRSNL | 0.00 | 0.00 | 5.00 | | | CHARLENE BIGELOW | |
| ADV PRSNL | 0.00 | 0.00 | 5.00 | | | Tax Information | |
| MISC PAY | 0.00 | 5.00 | -5.00 | | | | |
| NO PAY | 0.00 | 0.00 | 0.00 | | | Fed | State |
| | | | | | | MARITAL STATUS   M | S |
| | | | | | | EXEMPTIONS       0 | 0 |

**Notes:**

```
DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE                                          CHECK DATE    CHECK NO.
DOWNINGTOWN, PA 19335-
                                                           3/29/2019    V1164102
```

                              AMOUNT    

P<sub>AY</sub> ****************VOID CHECK***************

```
TO THE    CHARLENE A BIGELOW
ORDER
OF        1606 RUSSELL DR
          DOWNINGTOWN, PA
          19335
```

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 3/29/2019 | V1164102 | 3/29/2019 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,155.00 | 22,085.00 | FICA | 195.61 | 1,406.50 | 195.61 | 1,406.50 |
| SENIOR CLASS | | .00 | 1,158.67 | MEDICARE | 45.75 | 328.92 | 45.75 | 328.92 |
| SECONDARY BLD | | .00 | 262.50 | FED TAX | 280.80 | 2,085.50 | .00 | 0.00 |
| | | | | STATE TAX | 96.86 | 696.45 | .00 | 0.00 |
| | | | | LOCAL TAX | 39.44 | 283.58 | .00 | 0.00 |
| | | | | UNEMP COMP | 1.89 | 14.09 | 1.89 | 14.09 |
| | | | | LST DTOWN | 2.00 | 14.00 | .00 | 0.00 |
| | | | | RETIREMENT | 236.63 | 1,762.99 | 1,054.72 | 7,858.13 |
| | | | | DAEA DUES | 64.00 | 448.00 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,192.02 | 15,444.34 | .00 | 0.00 |
| **Totals** | 75.00 | 3,155.00 | 23,506.17 | **Totals** | 3,155.00 | 22,484.37 | 1,297.97 | 9,607.64 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay |
|---|---|---|---|---|---|---|
| ILLNESS | 10.00 | 4.00 | 73.50 | STONEBRIDGE BANK | 2,192.02 | 2,192.02 |
| PERSONAL | 2.00 | 2.50 | -0.50 | | | Employee |
| BANK PRSNL | 0.00 | 0.00 | 5.00 | | | CHARLENE BIGELOW |
| ADV PRSNL | 0.00 | 0.00 | 5.00 | | | Tax Information |
| MISC PAY | 0.00 | 5.00 | -5.00 | | | |
| NO PAY | 0.00 | 0.00 | 0.00 | | | Fed    State |

MARITAL STATUS    M    S
EXEMPTIONS       0    0

**Notes:**

```
DOWNINGTOWN AREA SCHOOL DISTRICT
540 TRESTLE PLACE                                          CHECK DATE    CHECK NO.
DOWNINGTOWN, PA 19335-
                                                           3/15/2019   V1162469
```



PAY ****************VOID CHECK****************  AMOUNT 

```
TO THE    CHARLENE A BIGELOW
ORDER
OF        1606 RUSSELL DR
          DOWNINGTOWN, PA
          19335
```

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No | Period Ending | Check No | Check Date |
|---|---|---|---|---|
| 82 | 19277 | 3/15/2019 | V1162469 | 3/15/2019 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR WAGES | 75.00 | 3,155.00 | 18,930.00 | FICA | 187.13 | 1,210.89 | 187.13 | 1,210.89 |
| SENIOR CLASS | | .00 | 1,158.67 | MEDICARE | 43.76 | 283.17 | 43.76 | 283.17 |
| SECONDARY BLD | | .00 | 262.50 | FED TAX | 264.39 | 1,804.70 | .00 | 0.00 |
| | | | | STATE TAX | 92.66 | 599.59 | .00 | 0.00 |
| | | | | LOCAL TAX | 37.73 | 244.14 | .00 | 0.00 |
| | | | | UNEMP COMP | 1.89 | 12.20 | 1.89 | 12.20 |
| | | | | LST DTOWN | 2.00 | 12.00 | .00 | 0.00 |
| | | | | RETIREMENT | 236.63 | 1,526.36 | 1,054.72 | 6,803.41 |
| | | | | DAEA DUES | 64.00 | 384.00 | .00 | 0.00 |
| | | | | ADD | .00 | .00 | 0.30 | 1.80 |
| | | | | MEDICAL | 92.45 | 554.70 | 748.03 | 4,488.18 |
| | | | | PRESCRIP | 25.85 | 155.10 | 209.20 | 1,255.20 |
| | | | | DENTAL | 5.18 | 31.08 | 41.89 | 251.34 |
| | | | | VISION | 0.84 | 5.04 | 6.80 | 40.80 |
| | | | | LIFE PREM | .00 | .00 | 2.40 | 14.40 |
| | | | | LTD | .00 | .00 | 2.94 | 17.64 |
| | | | | STD | .00 | .00 | 0.43 | 2.58 |
| | | | | VOL LIFE | 33.48 | 200.88 | .00 | 0.00 |
| | | | | MED SPEND | 12.50 | 75.00 | .00 | 0.00 |
| | | | | STONEBRIDG | 2,054.51 | 13,252.32 | .00 | 0.00 |
| **Totals** | 75.00 | 3,155.00 | 20,351.17 | **Totals** | 3,155.00 | 20,351.17 | 2,299.49 | 14,381.61 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | | Net Pay | |
|---|---|---|---|---|---|---|---|
| ILLNESS | 10.00 | 4.00 | 73.50 | STONEBRIDGE BANK | 2,054.51 | | 2,054.51 |
| PERSONAL | 2.00 | 1.00 | 1.00 | | | Employee | |
| BANK PRSNL | 0.00 | 0.00 | 5.00 | | | CHARLENE BIGELOW | |
| ADV PRSNL | 0.00 | 0.00 | 5.00 | | | Tax Information | |
| MISC PAY | 0.00 | 3.50 | -3.50 | | | | |
| NO PAY | 0.00 | 0.00 | 0.00 | | | Fed | State |
| | | | | | MARITAL STATUS | M | S |
| | | | | | EXEMPTIONS | 0 | 0 |

**Notes:**