## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Charlene A. Bigelow

                    Debtor(s)

Quicken Loans Inc.

                    Movant

         vs.

Charlene A. Bigelow

                    Debtor(s)

Scott Waterman

                    Trustee

CHAPTER 13

NO. 19-12462 JKF

11 U.S.C. Sections 362

## ORDER

      AND NOW, this 31st day of July , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

      ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1606 Russell Drive, Downingtown, PA 19335 ("Property"), as to Movant, its successors or assignees.

_____

United States Bankruptcy Judge.

Jean K. FitzSimon

Charlene A. Bigelow
1606 Russell Drive
Downingtown, PA 19335

GARY E. THOMPSON ESQUIRE
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532