Certificate Number: 01401-PAE-DE-033259700

Bankruptcy Case Number: 19-12462



01401-PAE-DE-033259700

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2019, at 5:47 o'clock PM EDT, Charlene A Bigelow completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 15, 2019                By:  /s/Jeremy  Lark

                                      Name:  Jeremy  Lark

                                      Title:  FCC Manager