## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Charlene A. Bigelow

      Debtor(s)

Quicken Loans Inc., its successors and/or assigns

      Movant

   vs.

Charlene A. Bigelow

      Debtor(s)

Scott Waterman

      Trustee

CHAPTER 13

NO. 19-12462 JKF

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **June 18, 2019, docket number 15**.

      Respectfully submitted,


     By: **/s/ Kevin G. McDonald, Esquire**
      Kevin G. McDonald, Esquire
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322
      Attorney for Movant/Applicant


September 5, 2019