United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charlene A. Bigelow  
    Debtor

Case No. 19-12462-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Lisa      Page 1 of 1      Date Rcvd: Dec 03, 2019  
                     Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.  
db          +Charlene A. Bigelow,    1606 Russell Drive,    Downingtown, PA 19335-3578  
cr          +West Bradford Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,  
                Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:  
         GARY E. THOMPSON    on behalf of Debtor Charlene A. Bigelow get24esq@aol.com  
         JAMES RANDOLPH WOOD    on behalf of Creditor    West Bradford Township jwood@portnoffonline.com,  
           jwood@ecf.inforuptcy.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                            TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Charlene Bigelow** : CHAPTER 13
**Debtors** : BANKRUPTCY NO. 19-12462

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** this       day of          , 20__, upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel Fee:           $3500.00
Total paid by Debtor(s):   $2000.00
$1500.00 to be paid in Plan
Filing Fee paid by Debtor(s)

The amount paid is for counsel's handling of Debtor(s) above-captioned Chapter 13 case.

In the event debtor(s) case is dismissed prior to Confirmation, the Chapter 13 Trustee is authorized to distribute to said Applicant as an Administrative Expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. 503(b) and 11 U.S.C. Section 330 (a)(4)(B), the allowed compensation set forth above less $2,000.00 which was paid by Debtor(s).

**Date: December 3, 2019**

Date:_____                                    _____
                                                                                        J.